AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

DEC 10 2014

David J. Bradley, Clerk

United States of America
v.

GONZALEZ-Elizondo, Ruben / YOB:1969
Mexican Citizen

Case No. M-14-2331-M

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __6/11/2012__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Knowingly and intentionally possess, with intent to distribute approx. 17.2 kgs of heroin, a Schedule I controlled Substance, 25.89 kgs of crystal methamphetamine and 132.5 kgs of cocaine, schedule II drugs under the Controlled Substance Act. |

This criminal complaint is based on these facts:

On June 11, 2012, agents from the DEA McAllen District Office received information that Ruben GONZALEZ-Elizondo was going to receive drugs from Mexico. Agents established surveillance at GONZALEZ' residence and observed GONZALEZ leave the residence driving a white Ford Mustang. Agents observed GONZALEZ meet with a female, later identified as Ariana Sarahi REYES-DeLeon and conduct a vehicle swap. GONZALEZ drove to his residence and entered the garage driving the blue Taurus.

☑ Continued on the attached sheet.

*Approved for filing*
*pcprint 12/10/14*

_____
Complainant's signature

Joseph Behlke, Special Agent, DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: __12/10/2014__  4:36 pm

_____
Judge's signature

City and state: __McAllen, Texas__   Peter E. Ormsby, U.S. Magistrate Judge
Printed name and title

ATTACHMENT I

Approximately 20 minutes later, GONZALEZ departed the residence and returned the vehicle to REYES-DeLeon. Agents followed GONZALEZ back to his residence driving the white Ford Mustang. At this time, surveillance was terminated. Later that evening at approximately 8 pm, agents received information that GONZALEZ had delivered 28 packages of drugs and the white Ford Mustang to a residence in Alamo, Texas for transportation to Houston, Texas. Agents seized the packages resulting in the seizure of 17.2 kilograms of heroin and 15 kilograms of crystal methamphetamine.

On June 29, 2012, McAllen DEA agents received information that the blue Ford Taurus driven by Ariana Sarahi REYES crossed from Mexico into the United States through the Pharr, Texas Port of Entry (POE). At approximately 4:00 pm, SA Behlke observed the blue Ford Taurus arrive at GONZALEZ' residence and drive into the garage. Approximately one hour later, the blue Taurus departed GONZALEZ' residence and traveled to the FAMSA store located on 10th Street, McAllen, Texas. SA De La Cruz observed the blue Taurus driven by GONZALEZ meet with a male subject driving a yellow Ford Ranger. SA De La Cruz observed an exchange of two boxes from the Taurus to the Ford Ranger with one box being a red Coca-Cola box. Agents followed the yellow Ford Ranger to a residence on San Jacinto Drive, Mission, Texas. As the yellow Ford Ranger driven by Jose Ignacio JASSO departed, a marked Mission Police Patrol Officer conducted a traffic stop. JASSO gave consent to search of his residence located at 130 San Jacinto Drive, Mission, Texas. As a result, 132.5 kilograms of cocaine were seized and JASSO arrested.

On August 21, 2012, McAllen DEA agents received information that a green Ford Mustang previously observed at GONZALEZ' residence had crossed from Mexico into the United States. Agents observed GONZALEZ depart his residence driving a white Ford F-150 and approximately one hour later, return in a green Ford Mustang. The green Ford Mustang drove into GONZALEZ' garage and departed thirty minutes later. Agents conducted surveillance of GONZALEZ driving the green Ford Mustang. GONZALEZ returned the vehicle to Jesus RUIZ-Olvera at the Junior's Meat Market, Pharr, Texas. GONZALEZ returned to his residence driving the Ford F-150. Agents maintained surveillance through the day and in the afternoon, observed GONZALEZ put a red box into the truck and depart. Agents followed GONZALEZ to the Exxon gas station on Cesar Chavez. Agents observed what appeared to be an exchange between GONZALEZ and a white Seat Ibiza. Agents followed the Ibiza to a residence in San Juan, Texas. As the Ibiza departed the residence, a marked San Juan Patrol Officer conducted a traffic stop. Consent to search the vehicle was granted where the Patrol Officer located two packages of crystal methamphetamine from a red Coca Cola box weighing 2.26 kilograms. The two occupants identified as Jose DeLEON-Vasquez and Josue CARDENAS-Gonzalez were arrested.

On August 27, 2012, McAllen DEA agents while conducting surveillance of GONZALEZ' residence, observed GONZALEZ place a yellow water cooler and box into his truck and depart. Agents followed GONZALEZ to the Falles Paredes in McAllen, Texas. Agents observed GONZALEZ meet with one male subject driving a gold Nissan Altima, later identified as Arturo RODRIGUEZ. Agents observed GONZALEZ give RODRIGUEZ a box and leave. Agents followed RODRIGUEZ to a trailer house located in McAllen, Texas. As RODRIGUEZ attempted to depart the residence, McAllen Police Patrol Officers, along with agents approached RODRIGUEZ. RODRIGUEZ gave consent to search of his vehicle where one box

containing 8.63 kilograms of crystal methamphetamine were seized. RODRIGUEZ was arrested in connection with the seizure.